**Affirmed in Part and Reversed and Rendered in Part and Majority Opinion and Concurring and Dissenting Opinion filed March 12, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00633-CV

---

### MINTVEST CAPITAL, LTD., Appellant

### V.

### COINMINT, LLC AND COINMINT LIVING TRUST, Appellee

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-50413**

---

### CONCURRING AND DISSSENTING OPINION

The majority identifies the issues on appeal as three points of error, functionally sustaining all three. I concur in this court's judgment on that. The majority then affirms the remainder of the trial court's judgment, which was never challenged on appeal. Absent fundamental error in the trial-court's judgment, this court errs by sua sponte reviewing unchallenged portions of the trial-court's judgment. I dissent to that error.

As Chief Justice Calvert famously wrote, "A correct draft of a judgment to be included in an opinion which has been written with care should be the final challenge to the writing judge." Robert W. Calvert, *Appellate Court Judgments or Strange Things Happen on the Way to Judgment*, 6 Tex. Tech L. Rev. 915, 925 (1975).

/s/    Charles A. Spain
        Justice

Panel consists of Justices Jewell, Spain, and Wilson (Spain, J., concurring and dissenting).